FILED
2010 Mar-02  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELVIN WOODS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-09-RRA-2369-S |
| | ) |
| LEEDS HOUSING AUTHORITY, | ) |
| | ) |
|    Defendant. | ) |

Memorandum Opinion

This case comes before the court on the plaintiff's motion for preliminary injunction. (Doc. 5.)  The magistrate held an evidentiary hearing on the motion on February 16, 2010.  On February 22, 2010, the magistrate recommended that the motion be granted.  No objections to the recommendation have been filed.

Having carefully reviewed de novo all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate's recommendation ought to be, and hereby is, ADOPTED and ACCEPTED.  The court expressly finds that:

(1) there is a substantial likelihood that the plaintiff will succeed on the merits of this action;

(2) the plaintiff will suffer irreparable injury unless the injunction is issued;

(3) the threatened injury to the plaintiff outweighs the possible injury that the injunction may cause the defendant; and

(4) the issuance of an injunction will not disserve the public interest.

An appropriate order will be entered.

Done this 2nd day of March 2010.

                                                    L. SCOTT COOGLER
                                         UNITED STATES DISTRICT JUDGE
                                                                       153671