IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELVIN WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-09-RRA-2369-S |
| | ) |
| LEEDS HOUSING AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

ORDER

This case comes before the court on the plaintiff's motion for preliminary injunction. (Doc. 5.) In accordance with the memorandum opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The motion for a preliminary injunction is GRANTED;

2. The defendant is ORDERED to continue to provide the plaintiff with his Section 8 benefits, until otherwise ordered by this court.

Done this 2nd day of March 2010.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
**153671**