FILED
2010 Oct-25  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELVIN WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-09-RRA-2369-S |
| | ) |
| LEEDS HOUSING AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

ORDER

This case comes before the court on the joint motion to dismiss filed by the parties. (Doc. 16.) The motion is GRANTED and this case is DISMISSED, with prejudice, costs taxed as paid.

DONE and ORDERED this 25th day of October, 2010.

_____
Robert R. Armstrong, Jr.
United States Magistrate Judge